UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60194-CR-COHN/SELTZER

UNITED STATES OF AMERICA,

v.

STEVEN STOLL, et al.,

        Defendant.

_____/

### ORDER DENYING DEFENDANT STEVEN STOLL'S MOTION TO PRODUCE GRAND JURY MINUTES AND TRANSCRIPTS

**THIS CAUSE** is before the Court on Defendant Steven Stoll's Motion to Produce Grand Jury Minutes and Transcripts [DE 303]. The Court has considered the Motion, the Government's response [DE 335], Defendant Stoll's reply [DE 351], and is otherwise advised in the premises.

Defendant Stoll has failed to meet his burden of establishing a particularized need for disclosure of grand jury minutes and transcripts. See Fed. R. Crim. P. 6(e)(3); United States v. McDowell, 888 F.2d 285, 289 (3d Cir. 1989).

Therefore, it is

**ORDERED AND ADJUDGED** that Defendant Steven Stoll's Motion to Produce Grand Jury Minutes and Transcripts is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 6th day of October, 2010.

                              /s/ James J. Cohn
                              JAMES I. COHN
                              United States District Judge

Copies provided to:
Counsel of record via CM/ECF