UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60194-CR-COHN/SELTZER

UNITED STATES OF AMERICA,

v.

STEVEN STOLL, et al.,

      Defendant.
_____/

# ORDER DENYING DEFENDANT STEVEN STOLL'S MOTION TO DISMISS COUNTS TWO THROUGH THIRTY-THREE OF THE INDICTMENT AS DUPLICITOUS

**THIS CAUSE** is before the Court on Defendant Steven Stoll's Motion to Dismiss Counts Two Through Thirty-Three of the Indictment as Duplicitous and Incorporated Memorandum of Law [DE 308].  The Court has considered the Motion, the Government's response [DE 352], Defendant Stoll's reply [DE 359], and is otherwise advised in the premises.

    The defendant Stoll argues that Counts Two through Thirty-Three (substantive counts) incorporate by reference the conspiracy allegations contained in paragraphs one through twenty-eight rendering the substantive counts duplicitous.  As the Government stated in its response, the Eighth Circuit addressed this argument in Brown v. United States, 167 F.2d 772 (8th Cir. 1948), concluding that "the purpose of the incorporation was merely to adopt by reference the facts set out relative to the custody of [the defendants] . . . as federal prisoners."  This Court agrees with the Eighth Circuit that the incorporation by reference could not reasonably be construed as having intended to charge the defendant with additional conspiracy offenses.  The

incorporation was to adopt the prior factual allegations which described the scheme and artifice to defraud. Therefore, the defendant Stoll's duplicity argument must fail.

Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant Steven Stoll's Motion to Dismiss Counts Two Through Thirty-Three of the Indictment as Duplicitous and Incorporated Memorandum of Law [DE 308] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 12TH day of October, 2010.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF