UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60194-CR-COHN/SELTZER

UNITED STATES OF AMERICA,

v.

STEVEN STOLL, et al.,

        Defendant.

_____/

## ORDER DENYING STOLL'S MOTION TO REQUIRE NOTIFICATION AND SETTING MOTION IN LIMINE DEADLINE

**THIS CAUSE** is before the Court on Defendant Steven Stoll's Motion to Require Government Notification (Prior to January 1, 2011) of Intent to Introduce Evidence Pursuant to Rule 1003 and 1004 Fed. R. Evid. [DE 528]. The Court has considered the motion, the Government's response [DE 558], Stoll's reply [DE 581], and is otherwise advised in the premises.

Defendant Stoll requests a January 1, 2011 deadline for the Government to notify him of all "duplicates" the Government intends to offer at trial. Under Fed. R. Evid. 1003, "duplicates" are admissible "unless (1) a genuine question is raised as to the authenticity of the original or (2) in the circumstances it would be unfair to admit the duplicate in lieu of the original." The Government represents that "[t]he majority of the documents to be offered at trial were received from Defendants' own companies—TurnKey Title Corporation and The Lending House, Inc." DE 558 at 3. Since the burden is on the party objecting to the admissibility of the duplicates to establish one of the two exceptions, the Court is going to deny Mr. Stoll's Motion.

As the Government has suggested, Mr. Stoll should presume that all documents

will be "duplicates."  Should Mr. Stoll or any defendant object to the admissibility of any "duplicate," he may file a motion in limine by no later than February 1, 2011.

Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant Stoll's Motion to Require Government Notification (Prior to January 1, 2011) of Intent to Introduce Evidence Pursuant to Rule 1003 and 1004 Fed. R. Evid. [DE 528] is hereby **DENIED**.  Should Mr. Stoll or any defendant object to the admissibility of any duplicate, a motion in limine must be filed by no later than **February 1, 2011**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 6th day of December, 2010.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF